Nassau Hotel Company, Plaintiff, v. Eudoise Barnett and Another, Individually and as Copartners, etc., Defendants.— Motion granted by default, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Rich, JJ.

The People of the State of New York, Respondent, v. Frank Copetta, Appellant.— Motion to dismiss appeal denied on condition that defendant perfect his appeal, print the record, place the case on the March calendar, and be ready for argument when reached; otherwise, motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Nicodino Le Rose, Appellant.—Motion to dismiss appeal denied on condition that defendant perfect his appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion granted. Motion for leave to be heard on original record denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Charles Roma, Appellant.— Motion to dismiss appeal denied on condition that defendant perfect his appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion granted. Motion for leave to be heard on original record denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Fred L. Conroy, Respondent, v. Standard Mail Order Company, Appellant.— Order modified by striking out the second, third, fifth and sixth requirements thereof, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred

John F. Conway, Respondent, v. The Farish-Stafford Company, Appellant.— Inasmuch as there was no effective stipulation, the compensation of the referee must be limited to the legal rate prescribed by section 3296 of the Code of Civil Procedure. Order reversed, with ten dollars costs and disbursements, and proceeding remitted to the clerk of the county of Queens for the retaxation of plaintiff's costs, upon notice. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

William N. Decker, as Committee of the Estate of Charles Conselyea, Respondent, v. John P. Conselyea, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

James Dohney, Respondent, v. M. J. Rudolph Company, Inc., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

James Flanagan and Michael Flanagan, Respondents, v. Egbert E. Thomas, Appellant.— Judgment for specific performance affirmed, with costs. The learned Special Term has found that the judgment in fore-closure in the action of the Columbus Trust Company against the heirs at law of Lula P. McGarry et al., defendants, is conclusive upon all parties thereto, and barred the equity of redemption. This conclusion is well